JHK:JPL:CHB
F.# 2007R01968

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -                                O R D E R

JOHN DOE,
              Defendant.                08-CR-823  (NGG)

- - - - - - - - - - - - - - - - - -X

        Upon the application of BENTON J. CAMPBELL, United

States Attorney for the Eastern District of New York, by

Assistant United States Attorney Carter H. Burwell,

        IT IS ORDERED that the Government's July 22, 2009

application for unsealing certain information in the above-

referenced case is granted.  The following information shall be

unsealed:  the (1) indictment filed on November 14, 2008; (2)

superseding information filed on January 28, 2009; (3) minutes of

the proceedings to close the courtroom in connection with the

defendant's arraignment on November 22, 2008; (4) minutes of the

defendant's arraignment on November 22, 2008; and (5) minutes of

the proceedings to close the courtroom on January 28, 2009.

        IT IS FURTHER ORDERED that the caption in the above-

referenced case be re-titled United States v. Bryant Neal Vinas.

Dated:    Brooklyn, New York
          July 22, 2009

_____
THE HONORABLE NICHOLAS G. GARAUFIS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK