LAW OFFICE OF

# MICHAEL K. BACHRACH

276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001

--------------

TEL. (212) 929-0592 · FAX. (866) 328-1630

MICHAEL K. BACHRACH *
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com
michael@mbachlaw.com

April 13, 2017

By ECF

The Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re: United States v. Bryant Neal Vinas,*
*08 Cr. 823 (NGG)*

Dear Judge Garaufis:

We represent Defendant Bryant Neal Vinas in the in the above-reference matter. Mr. Vinas's sentencing is presently scheduled for next Thursday, April 20, 2017, at 2:00 p.m. We write to request that Mr. Vinas's court appearance be converted from a sentencing hearing to a CIPA conference, and to have Mr. Vinas's sentencing hearing rescheduled thereafter. The reason for this request is that there remains an outstanding issue relevant to a classified submission that was filed by the Government, which the defense needs to resolve before we can complete Mr. Vinas's sentencing memorandum.

Accordingly, the undersigned respectfully request that Mr. Vinas's sentencing hearing be converted to a CIPA conference so that the defense may address this outstanding issue prior to completing Mr. Vinas's sentencing memorandum, and that a new date for sentencing be scheduled at that point.

Respectfully submitted,

/S/

Michael K. Bachrach
Steve Zissou
*Attorneys for Bryant Neal Vinas*

cc:     All parties of record (by ECF)